### In re Richard A. GRAFF.

### No. 2014–1288.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2014.

Michael K. Mutter, Birch, Stewart, Kolasch & Birch, of Falls Church, Virginia, argued for appellant. With him on the brief was D. Richard Anderson. Of counsel on the brief was Peter K. Trzyna, Peter K. Trzyna Law Office P.C., of Chicago, Illinois.

Joseph Matel, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, Thomas W. Krause, Deputy Solicitor, and Amy J. Nelson, Associate Solicitor.

NEWMAN, BRYSON, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**